# UNITED STATES DISTRICT COURT

### OFFICE OF THE CLERK
### DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

**SKYLER B. O'HARA**
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

December 12, 2025

**STEPHANIE MICKELSEN**
CHIEF DEPUTY CLERK
E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov
(913) 735-2235

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

**SEE NOTICE OF ELECTRONIC FILING**

Pro Se Appellant Appeal

RE:  Lawson v. Kansas Department of Children and Families et al

District Court Case No.:    2:25-cv-02171-JWB-TJJ

Notice of Appeal filed by:  Plaintiff, Angeliina Lynn Lawson

Fee Status:    Not Paid  - IFP granted 4/15/2025


The following documents are for the parties in connection with the Notice of Appeal:
Notice of Appeal and Copy of the Docket Sheet.

If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303)844-3157.


Sincerely,
SKYLER B. O'HARA
CLERK OF COURT


s/ K. Carrillo
By: _____
Deputy Clerk

Cc: Clerk, U.S. Court of Appeals
     (Notice of Appeal, Docket Sheet, & Preliminary Record)

CLOSED,APPEAL,LC4,SCHEDCONFSET

# U.S. District Court
# DISTRICT OF KANSAS (Kansas City)
# CIVIL DOCKET FOR CASE #: <u>2:25−cv−02171−JWB−TJJ</u>

Lawson v. Kansas Department of Children and Families et al
Assigned to: Chief District Judge John W. Broomes
Referred to: Magistrate Judge Teresa J. James
 Case in other court:  10CCA, 25−03182
Cause: 28:1983 Civil Rights

Date Filed: 04/02/2025
Date Terminated: 12/11/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Angeliina Lynn Lawson**
*E−Filing & ECF Notifications; as natural parent and next friend of minor*
D. L.

represented by **Angeliina Lynn Lawson**
1914 5th Avenue
Leavenworth, KS 66048
913−972−1661
Email: angeliinacourtrecords@gmail.com
PRO SE
*Bar Number:*
*Bar Status:*

V.

**Defendant**

**Kansas Department of Children and Families**
*TERMINATED: 11/17/2025*

represented by **Marc Altenbernt**
Kansas Department for Children and Families − Kansas Avenue
555 S. Kansas Avenue
Topeka, KS 66603
316−337−6752
Fax: 785−296−4960
Alternative Phone: 785−250−0380
Cell Phone:
Email: marc.altenbernt@ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 28745*
*Bar Status: Active*

**Defendant**

**Kansas Attorney General, Office of**
*TERMINATED: 11/17/2025*

represented by **James Eric Todd**
Office of Kansas Attorney General
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612
785−296−6244
Alternative Phone: 913−568−8738
Cell Phone: 913−568−8738
Email: james.todd@ag.ks.gov

1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 24297*
*Bar Status: Active*

**Scott Nading**
Kansas Attorney General
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612
785–296–6945
Alternative Phone:
Cell Phone:
Email: scott.nading@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 29665*
*Bar Status: Active*

**Brad E. Avery , I**
Attorney General
120 SW 10th Ave.
Topeka, KS 66612
785–220–9634
Alternative Phone:
Cell Phone:
Email: brad.avery@ag.ks.gov
*TERMINATED: 11/03/2025*
*Bar Number: 13071*
*Bar Status: Active*

**Defendant**

**Amanda Miranda**                    represented by   **Marc Altenbernt**
*in their individual and official capacities*          (See above for address)
*TERMINATED: 12/11/2025*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Number: 28745*
                                                       *Bar Status: Active*

**Defendant**

**Heather Dunz**                      represented by   **Marc Altenbernt**
*in their individual and official capacities*          (See above for address)
*TERMINATED: 12/11/2025*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Number: 28745*
                                                       *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 04/02/2025 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, filed by Angeliina Lynn Lawson. (Attachments: # 1 Exhibit List)(nac) (Entered: 04/02/2025) |
|---|---|---|
| 04/02/2025 | 2 | CIVIL COVER SHEET re 1 Complaint by Plaintiff Angeliina Lynn Lawson. (nac) (Entered: 04/02/2025) |
| 04/02/2025 | 3 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Angeliina Lynn Lawson. NOTE – Access to document is restricted pursuant to the courts privacy policy. (Motion referred to Magistrate Judge Teresa J. James,) (nac) (Entered: 04/02/2025) |
| 04/02/2025 | | NOTICE OF JUDGE ASSIGNMENT: Case assigned to District Judge John W. Broomes and Magistrate Judge Teresa J. James for all proceedings. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) <br><br> **NOTICE OF MAGISTRATE JUDGE AVAILABILITY: A United States magistrate judge is available to conduct all proceedings in this civil action if all parties voluntarily consent. Information & consent forms are available at https://www.uscourts.gov/file/459/download (nac) (Entered: 04/02/2025)** |
| 04/02/2025 | | NOTICE OF DEFICIENCY – Designation of place of trial is missing. The filing party/attorney is directed to correct the deficiency immediately. Mailed to Angeliina Lynn Lawson at 1914 5th Ave. Leavenworth, KS 66048 by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (nac) (Entered: 04/02/2025) |
| 04/02/2025 | 4 | DESIGNATION OF PLACE OF TRIAL filed by Plaintiff Angeliina Lynn Lawson – trial to be held in Kansas City. (nac) (Entered: 04/02/2025) |
| 04/09/2025 | 5 | DOCKET ANNOTATION: Plaintiff Angeliina Lynn Lawson is a registered pro se participant with ECF notifications only. (gw) (Entered: 04/09/2025) |
| 04/15/2025 | | DOCKET ANNOTATION: Plaintiff Angeliina Lynn Lawson has requested and received e–filing rights. Ms. Lawson is a registered pro se participant with e–filing & ECF notifications. (gw) (Entered: 04/15/2025) |
| 04/15/2025 | 6 | ORDER granting 3 Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (in forma pauperis). Plaintiff shall provide the Clerk's Office complete address information for each Defendant named in the Complaint no later than May 2, 2025. Signed by Magistrate Judge Teresa J. James on 4/15/2025.(byk) (Entered: 04/15/2025) |
| 04/15/2025 | 7 | NOTICE OF ADDRESSES FOR SERVICE PURPOSES by Angeliina Lynn Lawson. (jsh) (Entered: 04/15/2025) |
| 04/16/2025 | | SUMMONS ISSUED as to Heather Dunz (issued to two different addresses for individual and official capacities), Kansas Attorney General, Office of, Kansas, State of, Department for Children and Families, and Amanda Miranda (issued to two different addresses for individual and official capacities). (Summonses issued to US Marshal for service.) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form provided to US Marshal for service with complaint. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (nac) (Entered: 04/16/2025) |
| 05/19/2025 | 8 | CLERKS ORDER EXTENDING TIME until 6/2/2025 for Defendants Heather Dunz, Kansas Department of Children and Families, and Amanda Miranda to answer or |

| | | |
|---|---|---|
| | | otherwise plead. Signed by deputy clerk on 5/19/2025. (jsh) (Entered: 05/19/2025) |
| 05/28/2025 | 9 | SUMMONS RETURNED EXECUTED –– Certified Mail USM 285 by Angeliina Lynn Lawson upon Heather Dunz in their individual and official capacities. (Attachments: # 1 Dunz Individual Capacity)(ca) (Entered: 05/28/2025) |
| 05/28/2025 | 10 | SUMMONS RETURNED EXECUTED –– Certified Mail USM 285 by Angeliina Lynn Lawson upon Amanda Miranda in their individual and official capacities. (Attachments: # 1 Miranda Individual Capacity)(ca) (Entered: 05/28/2025) |
| 06/02/2025 | 11 | MOTION to Dismiss and Memorandum in Support by Defendants Heather Dunz, Kansas Department of Children and Families, Amanda Miranda. (Altenbernt, Marc) (Entered: 06/02/2025) |
| 06/03/2025 | 12 | APPLICATION FOR CLERKS ENTRY OF DEFAULT by Angeliina Lynn Lawson. (mls) (Entered: 06/04/2025) |
| 06/03/2025 | 13 | MOTION for Default Judgment by Plaintiff Angeliina Lynn Lawson. (mls) (Entered: 06/04/2025) |
| 06/06/2025 | 14 | ENTRY OF APPEARANCE by Brad E. Avery, I on behalf of Kansas Attorney General, Office of. (Avery, Brad) (Entered: 06/06/2025) |
| 06/06/2025 | 15 | NOTICE REGARDING LATE APPEARANCE by Angeliina Lynn Lawson. (sz) (Entered: 06/06/2025) |
| 06/06/2025 | 16 | MEMORANDUM IN OPPOSITION by Plaintiff Angeliina Lynn Lawson re 11 Motion to Dismiss. (Attachments: # 1 Exhibit List) (mls) (Entered: 06/09/2025) |
| 06/09/2025 | 17 | MOTION to Dismiss by Defendant Kansas Attorney General, Office of. (Avery, Brad) (Entered: 06/09/2025) |
| 06/10/2025 | 18 | ORDER denying application for clerk's entry of default (Doc. 12 ) and motion for default judgment (Doc. 13 ). The record does not reflect that the summons for the Kansas Attorney General's Office was returned executed. Therefore, default is not appropriate. Entered by District Judge John W. Broomes on 06/10/2025. Mailed to pro se party Angeliina Lynn Lawson by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jmr) (Entered: 06/10/2025) |
| 06/10/2025 | 19 | OPPOSITION by Plaintiff Angeliina Lynn Lawson re 17 Motion to Dismiss. (mls) (Entered: 06/11/2025) |
| 06/25/2025 | 20 | INITIAL ORDER SETTING SCHEDULING/STATUS CONFERENCE: Scheduling/Status Conference set for 7/24/2025 at 11:00 AM (central time) by telephone before Magistrate Judge Teresa J. James. Participants must dial CONFERENCE LINE 1–855–244–8681 and enter ACCESS CODE 2311 284 1047 to join the conference. The Court will not require the parties to hold a planning conference, submit a proposed Scheduling Order, or exchange initial disclosures at this time. Instead, the parties should review the form scheduling order and be prepared to suggest and discuss proposed case deadlines and settings. Signed by Magistrate Judge Teresa J. James on 6/25/2025. Sent to pro se plaintiff Lawson by email and regular mail. (byk) (Entered: 06/25/2025) |
| 06/25/2025 | 21 | (DISREGARD THIS ENTRY – incorrect ECF event selected; see 25 for correct filing.) –– RESPONSE to 16 Memorandum in Opposition to Motion to Dismiss by Defendants Heather Dunz, Kansas Department of Children and Families, Amanda |

| | | Miranda. (Altenbernt, Marc) Modified on 7/3/2025. (kmc) (Entered: 06/25/2025) |
|---|---|---|
| 06/25/2025 | 25 | REPLY TO RESPONSE TO MOTION by Defendants Heather Dunz, Kansas Department of Children and Families, Amanda Miranda re 11 Motion to Dismiss. (Document originally filed as DE 21 using the incorrect ECF event; this refiling of the entry was made for administrative purposes.)(kmc) (Entered: 07/03/2025) |
| 06/30/2025 | 22 | MOTION to Dismiss for Lack of Service by Defendant Kansas Attorney General, Office of. (Avery, Brad) (Entered: 06/30/2025) |
| 06/30/2025 | 24 | SUPPLEMENTAL OPPOSITION by Plaintiff Angeliina Lynn Lawson re 22 Motion to Dismiss. (sz) (Entered: 07/01/2025) |
| 07/01/2025 | 23 | SUMMONS RETURNED EXECUTED –– USM285 Certified Mail by Angeliina Lynn Lawson upon Kansas Department of Children and Families. (ca) (Additional attachment(s) added on 8/1/2025: # 1 Full document) (kao). Modified on 8/1/2025 – the original pdf attachment was missing pages; the complete document has been added to the entry. (kao) (Entered: 07/01/2025) |
| 07/03/2025 | 26 | NOTICE Regarding Scheduling Conference and Proceedings by Angeliina Lynn Lawson. (sz) (Entered: 07/03/2025) |
| 07/03/2025 | 27 | NOTICE Regarding Defendants' Noncompliance with Lawful Subpoenas by Angeliina Lynn Lawson. (sz) (Entered: 07/07/2025) |
| 07/14/2025 | 28 | NOTICE of Fraud Upon the Court and Preservation of Rule 60(b)(3) Relief by Angeliina Lynn Lawson. (ca) (Entered: 07/15/2025) |
| 07/16/2025 | 29 | THIRD MOTION to Dismiss for Lack of Standing by Defendant Kansas Attorney General, Office of. (Avery, Brad) (Entered: 07/16/2025) |
| 07/16/2025 | 30 | SUPPLEMENTAL DECLARATION by Angeliina Lynn Lawson. (sz) (Entered: 07/16/2025) |
| 07/17/2025 | 31 | SECOND NOTICE Regarding Defendants' Noncompliance with Lawful Subpoenas and Pattern of Discovery Obstruction by Angeliina Lynn Lawson. (Attachment: # 1 Exhibit A) (msb) (Entered: 07/17/2025) |
| 07/18/2025 | 32 | RESPONSE to 31 Second Notice Regarding Defendants' Noncompliance with Lawful Subpoenas and Pattern of Discovery Obstruction by Defendants Heather Dunz, Kansas Department of Children and Families, Amanda Miranda. (Altenbernt, Marc) (Entered: 07/18/2025) |
| 07/18/2025 | 33 | DECLARATION IN OPPOSITION to 32 Response/Request to Strike 31 Second Notice of Noncompliance of Subpoena by Angeliina Lynn Lawson. (sz) Modified on 7/21/2025 to link to DE 32 . (jal) Modified on 10/10/2025 to re–title. (mam) (Entered: 07/18/2025) |
| 07/23/2025 | 34 | RENEWED MOTION for Default Judgment by Plaintiff Angeliina Lynn Lawson. (sz) (Entered: 07/23/2025) |
| 07/23/2025 | 35 | ORDER CONTINUING SCHEDULING/STATUS CONFERENCE. The 7/24/2025 Scheduling/Status Conference is hereby continued one week to 7/31/2025 at 10:00 AM (central) by telephone before Magistrate Judge Teresa J. James. Participants must dial CONFERENCE LINE: 1–855–244–8681 and enter ACCESS CODE: 2311 284 1047 to join the conference. Signed by Magistrate Judge Teresa J. James on 7/23/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this |

| | | entry.)(byk) (Entered: 07/23/2025) |
|---|---|---|
| 07/24/2025 | 36 | ORDER REGARDING SCHEDULING/STATUS CONFERENCE. The Scheduling/Status Conference set for 7/31/2025 will now be held at 03:30 PM (central) and by Zoom Videoconference before Magistrate Judge Teresa J. James. Chambers will email all participants the Zoom link and instructions a couple business days prior to the conference. The parties should review the form scheduling order on the Court's website and be prepared to suggest and discuss proposed case deadlines and settings and the other topics listed in the 20 Initial Order Setting Scheduling/Status Conference. The parties may, but are not required to, email chambers a proposed scheduling order. If any party wishes to submit a proposed scheduling order, it must be emailed to chambers and all other parties no later than 24 hours prior to the conference. Signed by Magistrate Judge Teresa J. James on 7/24/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(byk) (Entered: 07/24/2025) |
| 07/31/2025 | 37 | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: SCHEDULING CONFERENCE held on 7/31/2025. Order to follow. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kf) (Entered: 07/31/2025) |
| 08/01/2025 | 38 | SUMMONS RETURNED EXECUTED –– Certified Mail (USM–285) by Angeliina Lynn Lawson upon Kansas Attorney General, Office of served on 4/29/2025. (kao) (Entered: 08/01/2025) |
| 08/01/2025 | 39 | NOTICE OF DOCKET TEXT MODIFICATION by Deputy Clerk: The original document attached to docket entry 23 was missing pages. The complete document has been added to that entry and is attached to this entry for noticing purposes only. (kao) (Entered: 08/01/2025) |
| 08/06/2025 | 40 | ORDER STAYING DISCOVERY AND PRETRIAL PROCEEDINGS. All discovery and other further pretrial proceedings in this case––including all deadlines and requirements under Fed. R. Civ. P. 26––are temporarily stayed with respect to all parties until the District Judge rules on the pending Motions to Dismiss (ECF Nos. 11, 17, 22, and 29). If any of Plaintiff's claims remain after the ruling(s) on the pending motions to dismiss, defense counsel shall email the chambers of the undersigned Magistrate Judge, within seven (7) days of the ruling, with suggested dates for setting a telephone scheduling conference. Signed by Magistrate Judge Teresa J. James on 8/6/2025. (byk) (Entered: 08/06/2025) |
| 08/06/2025 | 41 | RESPONSE (titled OBJECTION) by Plaintiff Angeliina Lynn Lawson Re 40 Order Staying Case. (msb) (Entered: 08/07/2025) |
| 08/06/2025 | 42 | APPLICATION FOR CLERKS ENTRY OF DEFAULT against Kansas Attorney General's Office by Angeliina Lynn Lawson. (msb) (Entered: 08/07/2025) |
| 08/06/2025 | 43 | NOTICE to Court of Jury Trial Protection and Demand for Scheduling by Angeliina Lynn Lawson. (msb) (Entered: 08/07/2025) |
| 09/04/2025 | 44 | NOTICE (titled: Notice of Judicial Inaction and Procedural Delay in Violation of Rule 1, Due Process, and Plaintiff's ADA Access Rights) by Angeliina Lynn Lawson. (jal) (Entered: 09/05/2025) |
| 09/26/2025 | 45 | MOTION for Certificate of Appealability, MOTION to Expedite (titled: Motion to Certify Interlocutory Appeal Under 28 U.S.C. § 1292(b) and Motion to Expedite |

| | | |
|---|---|---|
| | | Ruling Due to Prejudice from Stay and Judical Inaction) by Plaintiff Angeliina Lynn Lawson. (jal) (Entered: 09/26/2025) |
| 10/02/2025 | 46 | SUPPLEMENTAL BRIEF IN SUPPORT of 34 Motion for Default Judgment by Plaintiff Angeliina Lynn Lawson. (mam) (Entered: 10/02/2025) |
| 10/06/2025 | 47 | MOTION to Show Cause Why the Court Has Not Ruled on Plaintiff's Motions for Default Judgment, Relief Under Rule 55(b)(2) and Emergency Judicial Oversight by Plaintiff Angeliina Lynn Lawson. (Motion referred to Magistrate Judge Teresa J. James.) (mam) (Entered: 10/06/2025) |
| 10/09/2025 | 48 | MEMORANDUM AND ORDER. Defendant AG's Office's motion to dismiss on the basis of sovereign immunity (Doc. 17 ) is granted. The remaining motions to dismiss filed by Defendant AG's Office are moot (Docs. 22 , 29 ). Plaintiff's motion for default judgment (Doc. 34 ), application for clerk's entry of default (Doc. 42 ), and Plaintiff's objection (Doc. 41 ) to Magistrate Judge James's order staying discovery pending a ruling on the motions to dismiss are denied as moot.The DCF Defendants' motion (Doc. 11 ) is granted in part and taken under advisement in part. Defendant DCF's motion to dismiss is granted. The individual Defendants' motion is taken under advisement. Plaintiff is to file an amended complaint on or before 10/30/2025. The amended complaint must comply with this order and Federal Rule of Civil Procedure 8(a). Should Plaintiff fail to file an amended complaint, this matter will be dismissed without further notice. Signed by Chief District Judge John W. Broomes on 10/9/2025. (mam) (Entered: 10/09/2025) |
| 10/09/2025 | 49 | NOTICE OF INTERLOCUTORY APPEAL as to 48 Memorandum and Order by Plaintiff Angeliina Lynn Lawson. (mam) (Entered: 10/10/2025) |
| 10/10/2025 | | APPEAL FEE STATUS: Filing fee not paid re 49 Notice of Interlocutory Appeal on behalf of Plaintiff Angeliina Lynn Lawson; filer granted IFP status on 4/15/2025. (This is a text entry only. There is no.pdf document associated with this entry.) (mam) (Entered: 10/10/2025) |
| 10/10/2025 | 50 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 49 Notice of Interlocutory Appeal. (Attachments: # 1 Preliminary Record)(mam) (Entered: 10/10/2025) |
| 10/10/2025 | 51 | APPEAL DOCKETED in 10CCA on 10/10/2025 and assigned Appeal No. 25−3182 re 49 Notice of Interlocutory Appeal filed by Angeliina Lynn Lawson. (mam) (Entered: 10/10/2025) |
| 10/14/2025 | 52 | OBJECTIONS to 48 Memorandum and Order by Angeliina Lynn Lawson. (ca) (Entered: 10/14/2025) |
| 10/22/2025 | 53 | MOTION to Disqualify Judge John W. Broomes and Magistrate Judge Teresa J. James Under 28 U.S.C. § 455 by Plaintiff Angeliina Lynn Lawson. (mam) (Entered: 10/23/2025) |
| 10/24/2025 | 54 | NOTICE (titled: Judicial Notice of Attorney General's Coordinated Interference and Evidentiary Suppression) by Angeliina Lynn Lawson. (jal) (Entered: 10/27/2025) |
| 10/29/2025 | 55 | (STRICKEN per 67) –− FIRST AMENDED COMPLAINT against Kansas Department of Children and Families, Kansas Attorney General, Office of, Amanda Miranda and Heather Dunz, filed by Angeliina Lynn Lawson. (mam) Modified on 12/2/2025, see 67. (mam) (Entered: 10/29/2025) |

| 10/30/2025 | 56 | NOTICE of Judicial Financial Entanglement AND RENEWED MOTION to Disqualify Under 28 U.S.C. § 455(a) and (b)(4) by Plaintiff Angeliina Lynn Lawson. (mam) (Entered: 10/30/2025) |
|---|---|---|
| 10/30/2025 | | MOTION REFERRAL to Magistrate Judge REMOVED as to: 53 and 56 MOTIONS to Disqualify Judge Under 28 U.S.C. § 455. The motions will be resolved by the District Judge.(byk) (Entered: 10/30/2025) |
| 10/31/2025 | 57 | ORDER denying 47 Motion for Order to Show Cause. Signed by Magistrate Judge Teresa J. James on 10/31/2025. (kf) (Entered: 10/31/2025) |
| 10/31/2025 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 45 MOTION for Certificate of Appealability MOTION to Expedite. The motion will be resolved by the District Judge. (kf)** (Entered: 10/31/2025) |
| 11/03/2025 | 58 | TRANSCRIPT ORDER FORM by Angeliina Lynn Lawson: Scheduling Conference held 7/31/2025 re 49 Notice of Interlocutory Appeal. (mam) (Entered: 11/03/2025) |
| 11/03/2025 | 59 | WITHDRAWAL OF COUNSEL by Bradley E. Avery and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL by James Eric Todd on behalf of Kansas Attorney General, Office of (Todd, James) (Entered: 11/03/2025) |
| 11/03/2025 | 60 | ENTRY OF APPEARANCE by Scott Nading on behalf of Kansas Attorney General, Office of. (Nading, Scott) (Entered: 11/03/2025) |
| 11/04/2025 | 61 | ORDER of 10CCA Dismissing the Appeal as to 49 Notice of Interlocutory Appeal. This court is without jurisdiction to consider this appeal. (Appeal No. 25−3182) (mam) (Entered: 11/04/2025) |
| 11/12/2025 | 62 | MOTION to Dismiss *Amended Complaint* by Defendant Kansas Attorney General, Office of (Todd, James) (Entered: 11/12/2025) |
| 11/12/2025 | 63 | MEMORANDUM IN SUPPORT of 62 MOTION to Dismiss *Amended Complaint* by Defendant Kansas Attorney General, Office of(Todd, James) (Entered: 11/12/2025) |
| 11/13/2025 | 64 | MOTION to Dismiss *Amended Complaint* by Defendants Heather Dunz, Kansas Department of Children and Families, Amanda Miranda (Altenbernt, Marc) (Entered: 11/13/2025) |
| 11/14/2025 | 65 | NOTICE and Certification for Fraud−Based Federal Claims by Angeliina Lynn Lawson. (mam) (Entered: 11/14/2025) |
| 11/17/2025 | 66 | MOTION to Strike Successive Motions to Dismiss Rule 12(g)(2) (Docs. 11 , 17 , 22 , 29 , 62 and 64 ) by Plaintiff Angeliina Lynn Lawson. (mam) (Entered: 11/17/2025) |
| 11/17/2025 | 67 | ORDER striking Plaintiff's amended complaint (Doc. 55.) On October 9, 2025, the court entered an order granting Defendants' motion to dismiss in part and dismissing Defendants KDCF and the AG's Office. (Doc. 48.) The court took the motion to dismiss under advisement with respect to the claims against Defendants Miranda and Dunz. Plaintiff was instructed that she could amend her complaint against these two defendants only to attempt to state a claim. Plaintiff was cautioned not to include the dismissed Defendants and to omit any claims on behalf of her child as Plaintiff is proceeding pro se. Plaintiff failed to comply with this court's order in filing her amended complaint. (Doc. 55.) Therefore, the court strikes it from the docket. Plaintiff will be allowed one final opportunity to comply with this court's order. Plaintiff may file an amended complaint on or before December 1, 2025. Should she fail to file an |

| | | amended complaint or if the amended complaint does not comply with the directives in the court's prior order (Doc. 48), this matter will be dismissed without further notice. Defendants' motions to dismiss (Docs. 62, 64) are moot as a result of this order. Entered by Chief District Judge John W. Broomes on 11/17/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jmr) (Entered: 11/17/2025) |
|---|---|---|
| 11/18/2025 | | MOTION REFERRAL to Magistrate Judge REMOVED as to: <u>66</u> Motion to Strike Successive Motions to Dismiss Rule 12(g)(2). The motion will be resolved by the District Judge.(byk) (Entered: 11/18/2025) |
| 11/20/2025 | <u>68</u> | MOTION to Adjudicate Fraud Upon the Court (Dkt. <u>28</u> ) and Suspend All Dispositive Motion Practice Pending Certification by Plaintiff Angeliina Lynn Lawson. (Motion referred to Magistrate Judge Teresa J. James.) (mam) (Entered: 11/20/2025) |
| 11/20/2025 | <u>69</u> | EMERGENCY MOTION to Vacate Retaliatory Order Striking Plaintiff's Complaint (DE 67) by Plaintiff Angeliina Lynn Lawson. (Attachments: # <u>1</u> Exhibit A) (mam) (Entered: 11/20/2025) |
| 11/20/2025 | <u>70</u> | NOTICE of Claim for Damages Under Tucker Act – Federal Judicial Obstruction by Judge John W. Broomes by Angeliina Lynn Lawson. (mam) (Entered: 11/20/2025) |
| 11/20/2025 | <u>71</u> | MOTION to Stay / Supplemental Rule 60(d)(3) Notice Judicial Bias, Default Manipulation and Censorship of Jury Trial by Plaintiff Angeliina Lynn Lawson. (Motion referred to Magistrate Judge Teresa J. James.) (Attachments: # <u>1</u> Exhibit A) (mam) (Entered: 11/20/2025) |
| 11/20/2025 | <u>72</u> | JUDICIAL NOTICE of Retaliation Against ADA Advocate Rights for Federal Claims by Angeliina Lynn Lawson. (Attachments: # <u>1</u> Exhibit A) (mam) (Entered: 11/20/2025) |
| 11/24/2025 | <u>73</u> | MEMORANDUM AND ORDER denying Plaintiff's Motions filed at Docs. <u>45</u> , <u>53</u> , <u>56</u> , <u>66</u> , <u>68</u> , <u>69</u> and <u>71</u> . Plaintiff is put on notice that if she files another motion deemed to be frivolous and without merit, the court will summarily deny the motion by minute order. The court will also consider imposing filing restrictions and sanctions. Signed by Chief District Judge John W. Broomes on 11/24/2025. (mam) (Entered: 11/24/2025) |
| 11/28/2025 | <u>75</u> | EMERGENCY NOTICE to Preserve Constitutional Claims and Objection to Judicial Retaliation, Arbitral Conditions, and Due Process Deprivation by Angeliina Lynn Lawson. (kmc) (Entered: 12/01/2025) |
| 12/01/2025 | <u>74</u> | FIRST AMENDED COMPLAINT against All Defendants, filed by Angeliina Lynn Lawson. (Attachments: # <u>1</u> Exhibit – Redacted POA)(Lawson, Angeliina) (Entered: 12/01/2025) |
| 12/11/2025 | <u>76</u> | MEMORANDUM AND ORDER. The court DISMISSES WITHOUT PREJUDICE the instant action for the reasons stated in the court's prior <u>48</u> order and for Plaintiff's continued failure to comply with court orders. Further, Defendant's <u>11</u> motion to dismiss is GRANTED. Signed by Chief District Judge John W. Broomes on 12/11/2025. (kmc) (Entered: 12/11/2025) |
| 12/11/2025 | <u>77</u> | JUDGMENT. This action came before the Court. The issues have been considered and a decision has been rendered. Signed by deputy clerk on 12/11/2025. (kmc) (Entered: 12/11/2025) |

| 12/11/2025 | 78 | NOTICE OF APPEAL by Plaintiff Angeliina Lynn Lawson. (Lawson, Angeliina) (Entered: 12/11/2025) |
|---|---|---|
| 12/12/2025 | | APPEAL FEE STATUS: filing fee not paid re: 78 Notice of Appeal on behalf of Plaintiff Angeliina Lynn Lawson. Filer granted IFP status on 4/15/2025. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (kmc) (Entered: 12/12/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

Plaintiff,

v.                                                          Case No. 25-2171-JWB

KANSAS DEPARTMENT FOR CHILDREN
AND FAMILIES, KANSAS ATTORNEY
GENERAL'S OFFICE, AMANDA MIRANDA,
and HEATHER DUNZ, in their individual and
official capacities,

Defendants.

## MEMORANDUM AND ORDER

This matter is before the court upon Plaintiff filing her first amended complaint. (Doc. 74.)

## I.    Facts

Plaintiff Angeliina Lawson brings claims against Kansas Department for Children and Families ("DCF") employees Amanda Miranda and Heather Dunz. The underlying allegations generally involve child protection investigations conducted by DCF and involving Plaintiff's child. As such, Plaintiff brings this action on behalf of herself *and her minor child*.

On April 2, 2025, Plaintiff filed her initial complaint. (Doc. 1.) Notably, she brought claims on behalf of her minor child. On June 2, 2025, Defendants filed a motion to dismiss. (Doc. 11.) This court took the motion under advisement and instructed Plaintiff to file an amended complaint on or before October 30, 2025, that complied with the order and Federal Rule of Civil Procedure 8(a). (Doc. 48.) Among the instructions in the order was that Plaintiff could not bring claims on behalf of her minor child. Specifically, this court stated:

> At the outset, the court first addresses Plaintiff's claims brought on behalf of her minor child. "[U]nder Fed. R. Civ. P. 17(c) and 28 U.S.C. § 1654, a minor child

1

cannot bring suit through a parent acting as next friend if the parent is not represented by an attorney." *Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986). Therefore, any claims on behalf of Plaintiff's child are subject to dismissal.

(*Id.* at 3.) Subsequently, Plaintiff timely filed her first amended complaint which included claims brought on behalf of her minor child. (Doc. 55.) This court struck the first amended complaint and stated:

> Plaintiff [is] cautioned. . . to omit any claims on behalf of her child as Plaintiff is proceeding pro se. . . . Plaintiff will be allowed one final opportunity to comply with this court's order. Plaintiff may file an amended complaint on or before December 1, 2025. Should she fail to file an amended complaint or if the amended complaint does not comply with the directives in the court's prior order (Doc. 48), this matter will be dismissed without further notice.

(Doc. 67.) Subsequently, Plaintiff timely re-filed her first amended complaint. (Doc. 74.) It again included a plethora of claims brought on behalf of her minor child.[1] In response to Plaintiff continually defying this courts reasonable orders, this court is poised to dismiss the instant action.

## II.    Standard

The court is mindful that Plaintiff proceeds pro se. As a pro se litigant, Plaintiff's pleadings are to be construed liberally. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, this does not alleviate Plaintiff's burden. *Pueblo Neighborhood Health Ctrs., Inc. v. Losavio*, 847 F.2d 642, 649 (10th Cir. 1988). Further, the court may not assume the role of advocate for the pro se litigant. *See Van Deelen v. City of Eudora, Kan.*, 53 F. Supp. 2d 1223, 1227 (D. Kan. 1999); *Sallaj v. Feiner*, No. 23-CV-01172-EFM-BGS, 2024 WL 112303, at *2 (D. Kan. Jan. 10, 2024) (citing *Ogden v. San Juan Cnty.*, 32 F.3d 452, 455 (10th Cir. 1994) ("Plaintiffs are not excused from following procedural rules—including local rules—simply because they choose to proceed pro se.").

---

[1] Plaintiff states that she "brings this action . . . on behalf of [D.L.] who lacks the capacity to litigate." (Doc. 74 at 5.) And throughout the first amended complaint, nearly every allegation brought by Plaintiff is on behalf of her minor son.

2

To withstand a motion to dismiss under Rule 12(b)(6), the complaint must contain enough allegations of fact to state a claim for relief that is plausible on its face. *Robbins v. Oklahoma*, 519 F.3d 1242, 1247 (10th Cir. 2008) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Plaintiff's SAC does not.

## III.   Analysis

This court previously ruled that Plaintiff's complaint was subject to dismissal.  (Doc. 48.) The court stayed that ruling as to the two individual Defendants.  The court allowed Plaintiff to amend her claims against those two individual Defendant only.  Had Plaintiff complied with the court's instructions, the court was inclined to allow an amended complaint to be filed and the parties to again brief a motion to dismiss.  Despite this court's express admonitions that failure to comply with the court's orders could result in dismissal of the case (Docs. 48, 67), Plaintiff has failed to comply with this court's orders directing that she file an amended complaint that does not include claims brought on behalf of her minor child.  Accordingly, Federal Rule of Civil Procedure 41(b) authorizes this court to dismiss an action "[i]f the plaintiff fails to . . . comply with . . . a court order."  Fed. R. Civ. P. 41(b); *see Link v. Wabash R. Co.*, 370 U.S. 626, 630–32 (1962) (holding district court's have inherent power to *sua sponte* dismiss cases pursuant to Fed. R. Civ. P. 41(b)).[2]

While dismissal of this action is clearly warranted, it would not be appropriate to dismiss Plaintiff's claims against Amanda Miranda and Heather Dunz with prejudice due to Plaintiff's pro se status.  *See Jones v. Greyhound Lines, Inc.*, No. CV 08-1185-MLB, 2010 WL 11627492, at *2 (D. Kan. Sept. 14, 2010) ("The court is reluctant to dismiss this case with prejudice due to

---

[2] "Although the language of Rule 41(b) requires that the defendant move to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders." *Herrington v. Unknown Police Officer #1*, No. 22-1256, 2023 WL 5093712, at *2 (10th Cir. Aug. 9, 2023) (citing *Link*, 370 U.S. at 630–31).

plaintiff's pro se status"). Therefore, dismissal of those claims without prejudice is warranted. *See* Fed. R. Civ. P. 41(b); *United States ex rel. Jimenez v. Health Net, Inc*., 400 F.3d 853, 855 (10th Cir.2005) ("[D]ismissal is an appropriate disposition against a party who disregards court orders and fails to proceed as required by court rules."); *Burnham v. United States*, No. 22-1436, 2023 WL 4994940, at *1 (10th Cir. Aug. 4, 2023) ("District courts have broad discretion in determining whether to dismiss a civil action without prejudice for failing to comply with court orders.").

Given Plaintiff's pro se status, the court thus far has opted on a conservative approach giving Plaintiff multiple opportunities to correct errors and informing her of her specific duties in complying with court orders. But Plaintiff's intentional defiance of reasonable orders in this case has reached the point where it is consuming a considerable amount of the court's time and, more importantly, is delaying the legal process of this case and others before this court. Because warning Plaintiff has proven ineffective, the court now dismisses another one of her actions.[3]

## IV. Conclusion

THEREFORE, the court DISMISSES WITHOUT PREJUDICE the instant action for the reasons stated in the court's prior order (Doc. 48) and for Plaintiff's continued failure to comply with court orders. Further, Defendant's motion to dismiss (Doc. 11) is GRANTED.

IT IS SO ORDERED. Dated this 11th day of December, 2025.

    s/ John W. Broomes               
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE

---

[3] *See, e.g., Lawson v. Godderz*, Case No. 25-2199-JWB; *Lawson v. Lawson*, Case No. 25-4045-JWB.

# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

ANGELIINA LYNN LAWSON,

          **Plaintiff,**

v.                                    **Case No: 25-cv-2171-JWB**

AMANDA MIRANDA,
HEATHER DUNZ,

          **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed December 11, 2025, the court DISMISSES WITHOUT PREJUDICE the instant action for the reasons stated in the court's prior order (Doc. 48) and for Plaintiff's continued failure to comply with court orders.  Further, Defendant's motion to dismiss (Doc. 11) is GRANTED.

   December 11, 2025                SKYLER B. O'HARA
         Date                         CLERK OF THE DISTRICT COURT

                                      by:  _s/ Joyce Roach_____
                                            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff, Pro Se Plaintiff & Next Friend to D.L.

v.

Kansas DCF, et. al.
Defendants.

Case No. 2:25-cv-02171-JWB-TJJ


NOTICE OF APPEAL

Notice is hereby given that Plaintiff Angeliina Lynn Lawson, a pro se and ADA-protected litigant, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final Memorandum and Order (Dkt. 76) and the corresponding Judgment in a Civil Case (Dkt. 77), entered in this action on December 11, 2025, which dismissed Plaintiff's complaint in its entirety.

This appeal includes all issues adjudicated and preserved in:

- Plaintiff's original complaint (Dkt. 1),
- All amended complaints and attached exhibits,
- All Rule 60(d)(3), Rule 27, and ADA filings,
- All motions, responses, supplements, objections, judicial notices, and orders leading up to and including Dkts. 76 and 77.

Plaintiff respectfully preserves her constitutional, statutory, and appellate rights for review under 28 U.S.C. § 1291, the Americans with Disabilities Act, the Due Process Clause, and any applicable civil rights protections under 42 U.S.C. §§ 1983, 12132, and 12203(b).

Respectfully submitted,                     Dated: December 11, 2025

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson
Pro Se Plaintiff & Next Friend to D.L.
(913) 972-1661


CERTIFICATE OF SERVICE

I certify that on this 11th day of December, 2025, I caused a true and correct copy of the foregoing Notice of Appeal to be served via the Court's CM/ECF system to all parties on record.

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson

Pro Se Plaintiff & Next Friend to D.L.