# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| LAWSON,<br><br>v.<br><br>KANSAS DEPARTMENT OF CHILDREN AND FAMILES, et al. | Case No. 25-3223 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>Office of the Kansas Attorney General</u>

certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):




X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.


__12/22/2025_____
Date

___/s/ James Eric Todd_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

X     On ____12/22/2025_____ I sent a copy of this Disclosure Statement
                             [date]

to <u>Angeliina Lynn Lawson</u>
                        [name of party]

At     <u>1914 5th Avenue Leavenworth, KS 66048</u>,
                        [address]

the last known address, by   <u>U.S. Mail Postage Pre-Paid</u>.
                                  [method of service]

__12/22/2025__
Date

__/s/ James Eric Todd__
Signature