# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| LAWSON,<br><br>v.<br><br>KANSAS DEPARTMENT OF CHILDREN AND FAMILIES, et al. | Case No. 25-3223 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: Office of the Kansas Attorney General

Appellee/Respondent, in the above-captioned case(s).


___James Eric Todd_____  ___Scott G. Nading_____
Name of Counsel                          Name of Counsel

__/s/ *James Eric Todd*_____   __/s/ *Scott G. Nading*_____
Signature of Counsel                     Signature of Counsel

120 SW 10th Ave., 2nd Floor,             120 SW 10th Ave., 2nd Floor,
Topeka, KS 66612                         Topeka, KS 66612
785-291-3988                             785-291-3988
Mailing Address and Telephone Number     Mailing Address and Telephone Number

__James.Todd@ag.ks.gov_____             __Scott.Nading@ag.ks.gov_____
E-Mail Address                           E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

\_12/22/2025_____
Date

\_\_/s/ James Eric Todd_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒     On __12/22/2025__ I sent a copy of this Entry of Appearance Form to:

_____ Angeliina Lynn Lawson

At     1914 5th Avenue
Leavenworth, KS 66048_____ ,

the last known address, by U.S. Mail Postage Pre-Paid.


___12/22/2025_____
Date

___/s/ James Eric Todd_____
Signature