# 10th CIR. FORM 4. DISCLOSURE STATEMENT

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

**LAWSON,**

v.                                        Case No.   **25-3223**

**KANSAS DEPARTMENT FOR
CHILDREN AND FAMILIES, ET AL.**

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of   Kansas Department for Children and Families,

certifies[1] as follows:

☐   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

  12/30/2025
Date

  /s/ Marc Altenbernt
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

# CERTIFICATE OF SERVICE

I hereby certify that:

      **X**    All other parties to this litigation are either: (1) represented by attorneys;

or     (2) have consented to electronic service in this case; or

      On _____ I sent a copy of this Disclosure Statement
                [date]

_____
                [name of party]

at_____,
                [address]

the last known address/email address, by

_____.
                [method of service]

 12/30/2025_____
Date

 /s/ Marc Altenbernt_____
Signature