UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| LAWSON,<br><br>v.<br><br>KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, ET AL. | Case No. 25-3223 |

## AMENDED ENTRY OF APPEARANCE (10th CIR 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Kansas Department for Children and Families, Heather Dunz and Amanda Miranda

Appellees/Respondents, in the above-captioned case(s).

_Marc Altenbernt_
Name of Counsel

/s/ *Marc Altenbernt*
Signature of Counsel

Marc Altenbernt, SC#28745
Kansas Department for Children and Families
555 S. Kansas Ave., 6th Floor
Topeka, KS 66603
(785) 250-0380
Mailing Address and Telephone Number

Marc.Altenbernt@ks.gov
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th CIR. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1 (D), the undersigned certifies[1] as follows:

    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. See 10th Cir. R. 46.1 (D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

12/30/2025 _____
Date

*/s/ Marc Altenbernt*_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1 (D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    On _____ I sent a copy of this Entry of Appearance Form to:
_____
_____

at_____,

the last known address/email address, by _____

12/30/2025_____
Date

*/s/ Marc Altenbernt*_____
Signature