FILED  
United States Court of Appeals  
Tenth Circuit

January 5, 2026

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ANGELIINA LYNN LAWSON,

    Plaintiff - Appellant,

v.

KANSAS DEPARTMENT OF CHILDREN AND FAMILIES, et al.,

    Defendants - Appellees.

No. 25-3223  
(D.C. No. 2:25-CV-02171-JWB-TJJ)  
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on two motions filed by appellant Angeliina Lawson: (i) Ms. Lawson's *Motion to Reject Untimely of* [sic] *Appearance by Appellees* (Dkt. No. 22); and (ii) Ms. Lawson's *Motion to Clarify Disclosure Statement* (Dkt. No. 23).

The court refers both motions—as well as any subsequently-filed responses and/or replies associated with those motions—to the panel of judges that later will be assigned to consider this matter on its merits. No decision on either motion will enter at this time.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk