UNITED STATE COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ANGELIINA LAWSON,**

          **Appellant,**

v.

**Kansas Department of Children and Families, et al.,**

          **Appellees.**

Case No. 25-3223

(Appealed from District of Kansas Case No. 2:25-CV-02171-JWB-TJJ)

**APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO CLARIFY DISCLOSURE STATEMENTS AND FOR JUDICIAL CONFLICT REVIEW UNDER 28 U.S.C. § 455(A)**

COMES NOW Appellee Kansas Attorney General's Office (hereinafter, "Appellee" or "OAG"), by and through Assistant Attorney General James Eric Todd, and provides its Response to Appellant's Response to the Attorney General's Entry of Appearance (Doc. 12). Appellee state as follows:

## BACKGROUND

1.     The Appellant filed her Original Petition on or about April 2, 2025. (ROA, Vol. I, at 3).

1

2. Appellee filed an Entry of Appearance on June 6, 2025 and Motions to Dismiss on June 9, 2025, June 30, 2025, and July 16, 2025. (ROA, Vol. I, at 4-5).

3. The Court granted OAG's first Motion to Dismiss (Doc. 17) on October 9, 2025 based upon Sovereign Immunity. (ROA, Vol. I, at 7).

4. On October 9, 2025, Appellant filed a Notice of Interlocutory Appeal for the Order Dismissing the OAG, Case No. 25-3182. (ROA, Vol. I, at 7).

5. On October 29, 2025, Appellant filed her Amended Complaint. (ROA, Vol. I, at 8).

6. On November 4, 2025, Appellant's Appeal was dismissed by the Tenth Circuit Court of Appeals. (ROA, Vol. I, at 8).

7. On November 17, 2025, the Court entered an Order striking Appellant's Amended Complaint (Doc. 55). (ROA, Vol. I, at 9).

8. On December 1, 2025, Appellant filed her First Amended Complaint. (ROA, Vol. I, at 10).

9. On December 11, 2025, the Court dismissed without prejudice Appellant's lawsuit. (ROA, Vol. I, at 10).

10. On December 11, 2025, Appellant filed her Notice of Appeal. (ROA, Vol. I, at 10).

11. On December 22, 2025, Appellee filed an Entry of Appearance and it's Rule 26.1 Disclosure Statement. (Docs. 2 and 3).

12. On December 29, 2025, Appellant filed her Response to the Attorney General's Entry of Appearance (hereinafter, "Motion"). (Doc. 12).

13. On December 29, 2025, Appellant filed her Appellant's Motion to Clarify Disclosure Statements and for Judicial Conflict Review Under 28 U.S.C. § 455(a). (Doc. 11).

## **ARGUMENT**

In her Motion, Appellant is requesting that the Tenth Circuit reverse what she claims is a District Court error regarding the alleged default of Appellee under Federal Rule of Civil Procedure 55(a). (Doc. 12 a t3 ¶ 3).

The Appellant's request is improper for motion practice on appeal. Issues preserved for appeal are properly raised in briefing under Federal Rule of Appellate Procedure 28(a)(5-9). *See generally Garrett v. Selby Connor Maddux & Janer,* 425 F.3d 836, 840 (10th Cir. 2005) (concluding that "Plaintiff's briefs are wholly inadequate to preserve issues for review."). Appellant's Motion is either a misunderstanding of appellate procedure or an attempt to side step that procedure to prosecute the appeal piecemeal via motion practice. Accordingly, Appellee believes the appropriate course of action is to deny the motion. Appellant may raise any matters reserved for appeal in her brief.

WHEREFORE, Appellee requests that the Court deny Appellant's Response to the Attorney General's Entry of Appearance (Doc. 12), and for such other relief as the Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Eric Todd*
James Eric Todd, KS No. 24297
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
james.todd@ag.ks.gov
Scott.Nading@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for Appellee*

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; and

    X    On ____1/8/2026_____ I sent a copy of this Response to Appellant's Motion to Clarify Disclosure Statements and for Judicial Conflict Review Under 28 U.S.C. § 455(a) (Doc. 11)

to <u>Angeliina Lynn Lawson</u>

At    <u>1914 5th Avenue</u>
       <u>Leavenworth, KS 66048</u>,

the last known address, by  <u>U.S. Mail Postage Pre-Paid</u>.

__1/9/2026__
Date

__/s/ James Eric Todd__
Signature