## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANGELIINA LAWSON, | ) |
| Plaintiff/Appellant, | ) |
| v. | ) Case No. 25-3223 |
| KANSAS DEPARTMENT OF CHILDREN AND FAMILIES, et al. | ) |
| Defendant/Appellees. | ) |

(Appealed from District of Kansas Case no. 2:25-CV-02171-JWB-TJJ)

### DEFENDANT OFFICE OF THE KANSAS ATTORNEY GENERAL'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF

COMES NOW, Defendant/Appellee Office of the Kansas Attorney General (hereinafter "Defendant" or "OAG") hereby requests, through Assistant Attorney General James Eric Todd, pursuant to Fed. R. App. P. Rule 27.6 and 10th Cir. Rule 27.6 for an extension of time to file its Appellee brief. In support, Defendant states as follows:

### BACKGROUND

1. Plaintiff Angeliina Lawson's appeal was docketed on December 12, 2025. (Doc. 1).

1

2. Plaintiff's Appellant brief was filed on February 3, 2026. (Doc. 35).

3. Defendant Office of the Kansas Attorney General's Appellee brief is due on March 5, 2026. (Doc. 36).

## ARGUMENT

4. Defendant requests an extension of time in which to file its Appellee brief under Fed. R. App. P. Rule 27.6 and 10th Cir. R. 27.6.

5. Defendant understands that request for extensions to file briefs are disfavored by the Tenth Circuit.

6. Defendant makes this request for unforeseeable circumstances. Defendant has worked diligently to prepare the brief for timely filing.

7. The Office of the Kansas Attorney General uses an internal document storage system that saves documents on an internal network. Beginning the evening of March 4, 2026, this internal network went down for unknown reasons and documents saved on this system are unavailable. This outage is affecting the entire agency. Counsel for the Defendant cannot access the internal document system, email, and various other systems that work on the internal network.

8. At the time of filing this motion, the system remains unavailable.

9. Counsel for the Defendant has portions of the Appellee brief saved to a local drive, but can not access any of the documents saved on the internal system needed for the final brief and appendix.

10. Counsel will need additional time to either regain access to document management system or time to redraft those portions of the brief they cannot access.

11. The reason for this request did not exist and was unknown until the evening of March 4, 2025. This is the reason the request was not filed more than three days before the due date.

12. Counsel for the Defendant has attempted to contact the Plaintiff via phone. Counsel does not have access to email which is Plaintiff's preferred method of communication. As of the time of filing this motion, Counsel for the Defendant has not received a response from the Plaintiff.

13. Counsel requests an extension of time to March 10, 2026 to file its Appellee brief.

WHEREFORE, Defendant Office of the Kansas Attorney General requests an extension of time in which to file its Appellee brief under Fed. R. App. P. Rule 27.6 and 10th Cir. R. 27.6 to March 10, 2026, and for such other relief as the Court deems just and proper.

Respectfully Submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

<u>/s/ James Eric Todd</u>
James Eric Todd, KS No. 24297
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
james.todd@ag.ks.gov
Scott.Nading@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for Appellee/Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Marc Altenbernt
*Attorney for Appellees/Defendant*
*Kansas Department of Children and Families,*
*Amanda Miranda, and Heather Dunz*

I hereby certify that on this 5th day of March, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served electronically and by means of first-class mail, postage prepaid, on the 5th day of March, 2026 addressed to:

Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, Kansas 66048
*Appellant/Plaintiff*
*Pro Se*

                                          */s/ James Eric Todd*
                                          James Eric Todd