UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANGELIINA LAWSON, )<br>)<br>Plaintiff/Appellant, )<br>)<br>v. )<br>)<br>KANSAS DEPARTMENT )<br>OF CHILDREN AND )<br>FAMILIES, et al. )<br>)<br>Defendant/Appellees ) | Case No. 25-3223 |

(Appealed from District of Kansas Case no. 2:25-CV-02171-JWB-TJJ)

**DEFENDANTS KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, AMANDA MIRANDA, AND HEATHER DUNZ'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

NOW COME the Defendants/Appellees the Kansas Department for Children and Families, Amanda Miranda, and Heather Dunz, and for their Motion for Extension of Time to File Brief, hereby state as follows:

1. These Defendants/Appellees' brief is due to be filed today, March 5, 2026.

2. While these Defendants/Appellees have completed their brief, they require an extension due to the delays being experienced by the co-Defendant/Appellee Office of Attorney General.

3. Given the Appellant's failure to file an Appendix with her brief, the Defendants/Appellees had agreed to submit a joint Appendix with their filings.

4. With the Attorney General's network being down, it is impossible for the parties to complete the Joint Appendix.

5. While these Defendants/Appellees acknowledge that the Tenth Circuit disfavors extensions, this motion is not being brought to unduly delay this matter.

6. These Defendants/Appellees did not learn of the Attorney General's network outage until earlier today.

7. Given the aforementioned circumstances, these Defendants/Appellees respectfully request an extension to file their brief to the same date requested by the Attorney General: March 10, 2026.

WHEREFORE, Defendants the Kansas Department for Children and Families, Heather Dunz, and Amanda Miranda, request an extension of time to March 10, 2026, in which to file their Appellee brief under Fed. R. App. P. Rule 27.6 and 10th Cir. R. 27.6 to March 10, 2026, and for such other relief as the Court deems just and proper.

Respectfully Submitted,

*/s/ Marc Altenbernt*
Marc Altenbernt, SC#28745
General Counsel
Kansas Department for Children and Families
555 S. Kansas Ave., 6th Floor
Topeka, KS 66603
Tel:    (785) 250-0380
Fax:   (785) 296-4960
Marc.Altenbernt@ks.gov
*Attorney for Defendants, DCF*

# CERTIFICATE OF SERVICE

I hereby certify that:

 X All parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case;

    X    to Appellant, Angelina Lawson, via email:
angeliinacourtrecords@gmail.com

Dated: 03/05/26     */s/ Marc Altenbernt*
Marc Altenbernt, #28745