IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

No. 25-3223

ANGELIINA L. LAWSON,

Appellant,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,

Appellees.

APPELLANT'S RESPONSE TO DCF APPELLEES' MOTION (DOC. 38)

1. Appellant Angeliina L. Lawson, pro se and IFP, objects to Doc. 38.

2. Under 10th Cir. R. 10.1 and 10.3(C), the Court has already prepared the pro se record on appeal, so no appellant's appendix is required, and Appellant's timely brief properly cites that record.

3. DCF admits its brief is complete and seeks more time only because it chose to coordinate a joint appendix with OAG, an optional tactic under FRAP 30, and nothing in the rules requires DCF to delay filing a finished brief due to a co-appellee's internal IT problems.

4. This appeal concerns ongoing child safety and ADA Title II violations after a stayed discovery, ignored subpoenas, and dismissal with key motions unresolved, so each additional delay prolongs harm;

5. DCF's preference to synchronize filings does not constitute good cause, and the motion for extension should be denied.

Respectfully submitted,　　　　　　　　　　　　　　　　　　　　　Dated: March 5, 2026
/s/ Angeliina L. Lawson
Angeliina L. Lawson, Appellant, Pro Se
1914 5th Avenue, Leavenworth, KS 66048
(913) 972-1661 | [AngeliinaCourtRecords@gmail.com](mailto:AngeliinaCourtRecords@gmail.com)

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I electronically filed the foregoing Appellant's Response to Defendants (Doc. 38) with the Clerk of the Tenth Circuit using the CM/ECF system, which will send notice of such filing to all registered counsel of record and by email:

- Marc Altenbernt
  General Counsel, Kansas Department for Children and Families
  555 S. Kansas Avenue, 6th Floor
  Topeka, KS 66603
- James Eric Todd and Scott G. Nading
  Office of the Kansas Attorney General
  120 SW 10th Avenue, 2nd Floor
  Topeka, KS 66612

/s/ Angeliina L. Lawson
Angeliina L. Lawson