UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 06, 2026

Marc Altenbernt
Kansas Department for Children and Families
2601 South Oliver
Wichita, KS 67210

**RE:    25-3223, Lawson v. Kansas Department of Children and Families, et al**
Dist/Ag docket: 2:25-CV-02171-JWB-TJJ

Dear Counsel:

Appellees' brief is deficient because:

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

The front cover of the brief does not contain the name of the court, **the judge whose order/judgment is being appealed**, and the originating case number. *See* 10th Cir. R. 28.2(C)(1).

The attachments) to the brief is/are not identified and included in the Table of Contents. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

There is no statement of the reason(s) oral argument is necessary. *See* 10th Cir. R. 28.2(C)(2).

There is no certificate of counsel stating the need for separate briefs. *See* 10th Cir. R. 31.3(B).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellees' corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Angeliina Lynn Lawson
        Scott Nading
        James Eric Todd


CMW/at