No. 25-3223

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

ANGELIINA L. LAWSON,

Appellant,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,

Appellees.

APPELLANT'S MOTION FOR LEAVE TO FILE SEPARATE REPLY BRIEFS

Appellant Angeliina L. Lawson, appearing pro se and in forma pauperis, respectfully moves for leave to file separate reply briefs addressing the separate appellee briefs filed in this appeal.

I. Procedural Background

1. Appellant timely filed her opening brief.

2. Appellees have not proceeded through a single unified response. Instead Appellees filed a separate appellee briefs.

3. The appellee filings raise distinct arguments.

II. Grounds for Separate Reply Briefs

4. Appellant requests leave to file two separate reply briefs solely for purposes of clarity, organization, and efficiency.

5. Requiring Appellant, a disabled pro se litigant, to compress these separate arguments into a single reply would risk confusion, unnecessary repetition, and loss of clarity.

6. Separate reply briefs would better assist the Court by allowing Appellant to respond directly and efficiently to the distinct arguments raised by each appellee group.

7. This request is made in good faith, not for delay, and for the limited purpose of presenting a clearer record to the Court.

WHEREFORE, Appellant respectfully requests that the Court grant leave to file:

1. one reply brief addressing the brief of Kansas Department for Children and Families, Amanda Miranda, and Heather Dunz; and

2. one reply brief addressing the brief of the Office of the Kansas Attorney General.

Respectfully submitted,                                          Dated: March 18, 2026

/s/ Angeliina L. Lawson
Angeliina L. Lawson
Appellant, Pro Se
1914 5th Avenue, Leavenworth, KS 66048
(913) 972-1661 | AngeliinaCourtRecords@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing Appellant's Motion for Leave to File Separate Reply Briefs with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the CM/ECF system, which will send notice of such filing to all registered counsel of record.

/s/ Angeliina L. Lawson
Angeliina L. Lawson